UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INSTITUTIONAL SERVICES, L.L.C.,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-545-T-26MSS

THE MEADOWS OF GREENVILLE, INC., et al.,

    Defendants.
_____/

**O R D E R**

On April 5, 2006, this Court entered an order scheduling a hearing on Plaintiff's motion for preliminary injunction, which was filed in state court prior to removal to this Court, for April 28, 2006.[1] In that order, the Court also directed Plaintiff's counsel to file a supporting memorandum of law on or before April 14, 2006, and Defendants' counsel to file a response to Plaintiff's motion and memorandum on or before April 24, 2006. The Court is aware that Plaintiff's counsel attempted to comply with the directive of filing a supporting memorandum of law by the date fixed but his pleadings had to be removed from the system because they were unreadable. Since then, however, Plaintiff's counsel's office has been advised to file a motion for leave to file his submissions in paper format which for some reason has not been done.

Accordingly, it is ordered and adjudged as follows:

---

[1] See docket 7.

1) Plaintiff *shall* file his supporting memorandum of law with attachments with the clerk in paper format on or before 12 noon, Monday, April 24, 2006.  Plaintiff's counsel's failure to do so will result in the denial of the motion for preliminary injunction and the cancellation of the hearing.

2) Defendants shall file their response on or before April 26, 2006.

**DONE AND ORDERED** at Tampa, Florida, on April 21, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record