**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

INSTITUTIONAL SERVICES, L.L.C.,

    Plaintiff,

v.                                             CASE NO: 8:06-cv-545-T-26MSS

THE MEADOWS OF GREENVILLE, INC., et al.,

    Defendants.
_____/

**O R D E R**

Before the Court is Plaintiff Institutional Services, L.L.C.'s Motion for Partial Summary Judgment.[1] After careful consideration of the Motion,[2] the Court concludes the Motion should be granted.

In this action to recover on a promissory note and security agreement, Plaintiff seeks partial summary judgment against all Defendants, both corporate[3] and individual, with the exception of The Meadows of Wilmington, Inc., The Meadows of Hermitage,

---

[1] See docket 36.

[2] None of the Defendants have filed a response, despite this Court's order of November 29, 2006. See docket 37. As this Court noted in that order, the failure to respond indicates that the Defendants are not opposed to the relief requested and that such failure will result in judgment against them.

[3] The corporate Defendants are not represented by counsel at this time. See docket 35, Order Granting prior counsel's Motion to Withdraw, entered July 25, 2006.

Inc., and The Meadows of Fayetteville, Inc.[4]  Plaintiff asserts that the Defendants defaulted under the terms of the note and then failed to make any deposits into the special collateral account, which was set up pursuant to the security agreement.  The record supports a finding, through admissions and failing to oppose this summary judgment, that the Defendants defaulted on the note (Count I) and failed to make any payments into the collateral account to protect the collateral (Count II).  To the extent the Defendants' counterclaim asserts fraudulent inducement, the Defendants have not provided any evidence to show that Plaintiff fraudulently induced Defendants into the restructuring of the debt to fund the collateral account.

In view of the record, the Court grants partial summary judgment in favor of Plaintiff on Count I for default on the promissory note.  As to Count II for specific performance of the security agreement, the Court grants the relief requested.  Specifically, Defendants must make payments into the special collateral account pursuant to the security agreement to protect Plaintiff against future losses.

It is therefore **ORDERED AND ADJUDGED** as follows:

(1)   Plaintiff's Motion for Partial Summary Judgment (Dkt. 36) is **GRANTED** as to Counts I and II of the Amended Complaint (Dkt. 5) against Defendants The Meadows of Greenville, Inc., The Meadows of Aberdeene,

---

[4] Plaintiff does not seek relief against those three Defendants because it has reason to believe that bankruptcy proceedings on behalf of those Defendants is imminent. (Dkt. 36 at para. 4).

>   Inc., The Meadows of Laurinburg, Inc., The Meadows of Lake Waccamaw, Inc., The Meadows of Mt. Olive, Inc., The Meadows of Wilson, Inc., The Meadows of Red Oak, Inc., Careamerica, Inc. d/b/a The Meadows of Conway, Inc., Michael R. Elliott and Ronald E. Burrell.
>
> (2)   This case shall proceed against Defendants The Meadows of Wilmington, Inc., The Meadows of Hermitage, Inc., and The Meadows of Fayetteville, Inc.
>
> **DONE AND ORDERED** at Tampa, Florida, on December 18, 2006.

               s/*Richard A. Lazzara*
               **RICHARD A. LAZZARA**
               **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Pro se Defendants